# EICHEN CRUTCHLOW ZASLOW, LLP
## ATTORNEYS AT LAW

BARRY R. EICHEN ♣§Δ
WILLIAM O. CRUTCHLOW ♣
DARYL L. ZASLOW ♣
THOMAS F. RINALDI ±
CHRISTOPHER J. CONRAD
ROBERT J. BANAS §
HANNA C. EICHEN
GARY G. MINASSIAN ±

40 ETHEL ROAD
EDISON, NEW JERSEY 08817

TEL: (732) 777-0100
FAX: (732) 248-8273

www.njadvocates.com

AFFILIATE OFFICES
TOMS RIVER

May 14, 2024

<u>Via Electronic Filing</u>
Hon. José R. Almonte
United States Magistrate Judge
United States District Court
US Post Office & Courthouse Bldg.
2 Federal Square
Newark, NJ 0710-0999

  **Re:  Rakib v. Value Trans Inc., et al**
    **Docket No. 2:23-cv-20899**

Dear Judge Almonte:

  Pursuant to Your Honor's directive during the recent Case Management Conference on May 8, 2024, the parties are submitting this joint status letter pertaining to mediation in this case. The parties have conferred and agreed to mediate before the Honorable Jamie D. Happas, P.J.Cv. (Ret.) on August 28, 2024. Judge Happas' contact information is as follows:

Honorable Jamie D. Happas, P.J.Cv. (ret.)
Lombardi & Lombardi, P.A.
1862 Oak Tree Road
Edison, New Jersey 08820
Phone: (732) 906-1500
Fax: (732) 906-7625

  We thank the Court for its time and courtesies.

            Respectfully submitted,

            <u>s/Robert J. Banas</u>
            ROBERT J. BANAS, ESQ

RJB/jt
cc: All Counsel of Record (*via eFiling*)

♣Certified by the Supreme Court of New Jersey as a Civil Trial Attorney
Also Admitted To Practice Law In: Δ Florida, ± New York, § Pennsylvania